# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 1-CR-07-148 (11) |
| Plaintiff | : | (Judge Beckwith) |
| vs. | : | MOTION FOR DISCOVERY AND INSPECTION OF DEFENDANT, CERAN LIPSCOMB |
| CERAN LIPSCOMB | : | |
| Defendant | : | |

Now comes the defendant, by and through his attorney, Michael J. Wiethe, and does hereby demand pursuant to the Federal Rules of Criminal Procedure that the plaintiff provide the following information for inspection and copying:

A. Any and all written or recorded statements of defendant or co-defendants or copies thereof which have not already been provided to the defendant. Any and all written summaries or copies thereof made by the defendant or co-defendants pertaining to this defendant to the United States District Attorney or any law enforcement officer. Any and all recorded testimony of co-defendants before a grand jury.

B. The defendant's criminal record.

C. Documents and tangible objects including but not limited to photocopies, books, papers, documents, photographs, tangible objects, buildings or places, or copies or portions thereof, available to or within the possession, custody or control of the State, and which are material to the preparation of the defense or are intended for use by the prosecuting attorney as evidence at trial or were obtained from or belong to the defendant.

D. Any and all reports or examinations and tests including results or reports of physical or mental examinations, and of scientific tests or experiments, made in connection with the particular case, or copies thereof, available to or within the possession, custody or control of the State, the existence of which is known or by the exercise of the due diligence become known to the prosecuting attorney.

E. A written list of the names and addresses of all witnesses which the prosecuting attorney intends to call at trial together with any record of prior felony

convictions of any such witnesses, which record is within the knowledge of the prosecuting attorney.

F. Any and all evidence either known or which may become known to the prosecuting attorney which is favorable to the defendant and material to either guilt or punishment.

Respectfully submitted,

/s/ Michael J. Wiethe
Michael J. Wiethe, (0002219)
Attorney for Defendant,
Ceran Lipcomb
30 Garfield Place, Ste. 905
Cincinnati, Ohio 45202
(513) 241-7332
mjwiethe@fuse.net

## MEMORANDUM

Federal Rules of Criminal Procedure.

/s/ Michael J. Wiethe
Michael J. Wiethe
Attorney for Defendant, Ceran Lipscomb

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically sent to Kenneth L. Parker, Assistant United States Attorney, at Kenneth.parker@usdoj.gov this 17th day of January, 2008.

/s/ Michael J. Wiethe
Michael J. Wiethe
Attorney for Defendant, Ceran Lipscomb