**United States of America**

vs.  Case No. 1:07-cr-148-11

**Ceran Lipscomb**

## CRIMINAL MINUTES - *Change of Plea*

(1:41-2:56)

U.S. ATTORNEY PRESENT: _Kenneth Parker_

COUNSEL FOR DEFENDANT: _Michael Wiethe_

PROBATION OFFICER: _Terri Alford_

Waiver of Indictment filed _____  INFORMATION filed _____

Defendant waives reading of: Indictment _____  Information _____

Statement of Agent _Ken Baker (CPD/DEA)_

Defendant pleads: **GUILTY** _Count I_

**NOT GUILTY** _____

**NOLO CONTENDERE** _____

Plea (*preliminarily*/*formally*) accepted by the court _✓_

Case referred to Probation Department for Presentence Report _✓_

Bond of _____ Continued _____ Set _____ ✓

Defendant in custody pursuant to pretrial detention order __✓____

An appeal of sentence to be filed by Clerk of Court _____

Defendant does not desire an appeal to be filed by the Clerk at this time _____

Defendant moves to withdraw original plea of Not Guilty and enter a plea of Guilty - Motion is Granted ____✓____

Defense attorney's request for permission to withdraw as counsel is _____

U.S. Court of Appeals to appoint counsel for appeal purposes (only if defendant currently has *in forma pauperis* status) _____

**PROCEEDINGS:**

Statement of Facts and any transcript portion to be sealed

**Court Personnel**

**Honorable:** Sandra S. Beckwith, Chief Judge
**Deputy Clerk:** Mary Brown
**Court Reporter:** Mary Ann Ranz (Official)
**Date:** Tuesday, May 20, 2008