UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR-1-07-148-11 |
| | : | |
| v. | : | **ORDER FOR DISMISSAL** |
| | : | |
| CERAN LIPSCOMB | : | J. Beckwith |

- - - - - - - - - - - - - - - - - - - - -

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Ohio hereby dismisses Counts 4, 6, and 7 of the Superseding Indictment pending against the defendant, Ceran Lipscomb.

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney

KENNETH L. PARKER (0068805)
Assistant United States Attorney
221 East Fourth Street
Suite 400
Cincinnati, Ohio  45202
(513) 684-3711

Leave of Court is granted for the filing of the foregoing Order for Dismissal.

6/22/09
DATE

HONORABLE SANDRA S. BECKWITH
SENIOR UNITED STATES DISTRICT JUDGE