IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

UNITED STATES OF AMERICA )
)
vs ) Case No. 1:07CR148-11
CERAN LIPSCOMB )
)

ORDER TERMINATING SUPERVISED RELEASE

The above named defendant commenced a five year term of Supervised Release on June 15, 2012. The defendant died on August 3, 2014 as a victim of homicide. In considering the defendant's passing, it is hereby ordered that this case be closed.

Dated this 24th day of September, 2014.

Sandra S. Beckwith, Senior United States District Judge